**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:   (559) 486-4533


Attorney for Defendant
**MIGUEL ANGEL QUINTANA NIETO**


UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MIGUEL ANGEL QUINTANA NIETO )<br>)<br>Defendant.  )<br>_____) | **CASE NO. 1:08-CR-059-AWI**<br><br>**STIPULATION TO CONTINUE SENTENCING** |

    Defendant, MIGUEL ANGEL QUINTANA NIETO, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KATHLEEN SERVATIUS, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, November 23, 2009, at 9:00 a.m. be continued to Monday, February 8, 2010 at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii, District Judge.

///

///

///

///

///

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 11-19-09

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 11-19-09

/s/ Kathleen Servatius
KATHLEEN SERVATIUS
Assistant U.S. Attorney

<u>**ORDER**</u>

IT IS SO ORDERED.

**Dated:   November 19, 2009**         /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE