1  **NICHOLAS F. REYES, #102114**
   Attorney at Law
2  1107 "R" Street
   Fresno, California 93721
3  Telephone: (559) 486-4500
   Facsimile:  (559) 486-4533
4

5  Attorney for Defendant
   **MIGUEL ANGEL QUINTANA NIETO**
6

7
                    UNITED STATES DISTRICT COURT
8
                 EASTERN  DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA       )      **CASE NO. 1:08-CR-059-AWI**
                                  )
11                                )      **STIPULATION TO CONTINUE**
                  Plaintiff,      )      **SENTENCING**
12                                )
                                  )
13     v.                         )
                                  )
14 MIGUEL ANGEL QUINTANA NIETO )
                                  )
15                Defendant.      )
   _____)

16
17         Defendant, MIGUEL ANGEL QUINTANA NIETO, by and through his counsel of

18 record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and

19 through its counsel of record, KATHLEEN SERVATIUS, Assistant United States Attorney

20 for the Eastern District of California, hereby stipulate that the sentencing in the above-

21 referenced case currently scheduled for Monday, February 8, 2010, at 9:00 a.m. be

22 continued to Monday, February 22, 2010 at 9:00 a.m. in the courtroom for the Honorable

23 Anthony W. Ishii, District Judge.

24 ///

25 ///

26 ///

27 ///

28 ///

1   **IT IS SO STIPULATED**

2                                                        Respectfully submitted,

3

    Dated: 02-01-10                                      /s/ Nicholas F. Reyes_____
4                                                        NICHOLAS F. REYES
                                                         Attorney for Defendant
5

6

7   **IT IS SO STIPULATED**

8

9   Dated: 02-01-10                                      /s/ Kathleen Servatius_____
                                                         KATHLEEN SERVATIUS
10                                                       Assistant U.S. Attorney

11

12

13                                  **ORDER**

14

15  IT IS SO ORDERED.

16  **Dated:   February 1, 2010**      _____
                                       /s/ Anthony W. Ishii
17                                     CHIEF UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28